The Full Commission has reviewed the prior Order of Dismissal based on the record along with the briefs and oral arguments before the Full Commission. The appealing party has not shown good ground to reconsider the evidence, receive further evidence or to amend the Order of Dismissal. Accordingly, the Full Commission ADOPT and AFFIRM the Order Dismissing plaintiff's claim filed by Commissioner Bernadine S. Ballance on 6 June 1995 and plaintiff's claim remains DISMISSED.
Each side shall bear its own costs.
 S/ _______________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ _______________________ COY M. VANCE COMMISSIONER
S/ _______________________ WILLIAM L. HAIGH COMMISSIONER